## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD COLLINS, | 3:13-cv-00255-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | May 29, 2014 |
| NDOC, et al., | |
| Defendants | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On April 3, 2013, Plaintiff filed three documents entitled, "Plaintiff's Objection to the Screening Order Doc 11 Dismissing Claim One and Named Defendants" (Doc. # 20), "Plaintiff's Motion for Order Ordering Defendants to Allow Plaintiff to Review and Make Copies of his Inmate Grievances in his Grievance File" (Doc. # 21), and "Plaintiff's Objection to Defendants Misconduct" (Doc. # 22). Defendants responded on April 11, 2014, with a Motion to Strike Plaintiff's Motion/Objections (Docket #20, #21 & #22), citing, among other reasons, the untimely filing of these documents during the mandatory 90 day stay. (Doc. # 29.)

Plaintiff thereafter filed "Plaintiff's Motion to Dismiss his Motion Objection Docket #20 #21 and #22 As Untimely Filed Pursuant to the 90 Day Stay Order and Notice of Re-File Motion/ Objections." (Doc. # 31.) Plaintiff represents he was under the impression that the 90 day stay ended on April 3, 2014, and that "to save unnecessary cost and time in this case" he is withdrawing his untimely filed documents and will re-file them with the court. (*Id*. at 1.)[1]

Plaintiff's motion (Doc. # 31) is **GRANTED** and Docs. ## 20, 21 and 22 are withdrawn. Defendants' motion to strike (Doc. # 29) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>      /s/                              </u>
       Deputy Clerk

---

[1] The record indeed reflects Plaintiff has since re-filed the motions/objections he seeks to withdraw in Doc. # 31. (Docs. ## 32, 33, 34.)