## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD COLLINS, | ) | 3:13-cv-00255-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 29, 2014 |
| | ) | |
| NDOC, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN  REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's April 4, 2014, "Motion to Have the Clerk Issue Summons for Listed Defendants and Issue an Order for the U.S. Marshal to Serve Defendants." (Doc. # 26.) Subsequent to the filing of Plaintiff's motion, the office of the Attorney General entered an appearance on behalf of Defendants Bails, Baros, LeGrand and Parks. (Doc. # 36.)

Therefore, Plaintiff's motion (Doc. # 26) is **DENIED AS MOOT** as the NDOC officers who remained as Defendants subsequent to the court's Screening Order (Doc. # 11) have appeared herein.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By:  _____/s/_____
Deputy Clerk