UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD COLLINS, | ) | 3:13-cv-00255-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 30, 2014 |
| | ) | |
| NDOC, et al., | ) | |
| | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is "Plaintiff's ex parte Motion for an Order Ordering the Clerk to Return his Compact Discs Exhibits In their Possession." (Doc. # 24.) No response was submitted. Plaintiff's motion seeks to have returned to him "six (6) compact discs" which Plaintiff represents were submitted to the Clerk of the U.S. District Court. (*Id.* at 2, 3.)

The record of this matter reflects the court received and logged receipt of certain "CDs" which were manually filed with the Clerk's Office. (Docs. 5, 6.) Although Plaintiff's motion refers to six (6) compact discs which were submitted to the court, the Clerk's Office actually received seven (7) discs.

Plaintiff's motion (Doc. # 24) is **GRANTED.** The seven (7) CDs shall be returned to Plaintiff via U.S. Mail to Plaintiff's address at the Northern Nevada Correctional Center.[1]

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk

---

[1] The underlying motions (Docs. ## 6, 7) which accompanied Plaintiff's submission of the CDs requested they be "marked as evidence in this case." (Doc. # 7 at 2.) Plaintiff's request to mark exhibits in evidence (Doc. # 6) was addressed and denied in the Screening Order entered by District Judge Robert C. Jones:

> Plaintiff's motion (#6) to mark exhibits in evidence will be denied. Exhibits are marked by the Clerk only when they are admitted in evidence at a hearing or trial. A party may not simply submit purported physical exhibits to the Clerk to be marked as exhibits and returned to them. There is no such procedure.