UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD COLLINS,<br><br>      Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS et al.,<br><br>      Defendants. | Case No.: 3:13-cv-00255-RCJ-WGC<br><br>**ORDER** |

This is a prisoner civil rights case. The Court screened the Complaint, permitting several claims to proceed but dismissing the procedural due process claims for failure to satisfy the *Sandin* standard. Plaintiff has filed three motions to reconsider. The Court declines to reconsider, as Plaintiff has neither identified any error of law nor adduced any new evidence.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motions to Reconsider (ECF Nos. 27, 33, 55) are DENIED.

IT IS SO ORDERED.

Dated this 23rd day of July, 2014.

_____
ROBERT C. JONES
United States District Judge