**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD COLLINS,<br><br>        Plaintiff,<br><br>   v.<br><br>E.K. McDANIEL, *et al.*,<br><br>        Defendants. | CASE NO.: 3:13-CV-00255-RCJ-WGC<br><br>**ORDER** |

     Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#69[1]) entered on July 29, 2014, recommending that the Court deny Plaintiff's Motion for a Prohibitory Injunction to be Issued (ECF #42). On July 30, 2014, Plaintiff filed his objections to the Report and Recommendation (ECF #70) and Defendants filed their Opposition to Plaintiff's Objections to Magistrate Judges Ruling Docket #68 in Park (Docket #70) (ECF #76) on August 7, 2014.

     The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#69) entered on July 29, 2014, should be adopted and accepted.

     IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#69) is ADOPTED AND ACCEPTED.

     IT IS HEREBY ORDERED that Plaintiff's Motion for a Prohibitory Injunction to be Issued (ECF #42) is DENIED.

     IT IS SO ORDERED.

     DATED: this 28TH day of August, 2014.

                                                    _____
                                                    ROBERT C. JONES

---

[1] Refers to court's docket number.