# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD COLLINS, | ) | 3:13-cv-00255-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 30, 2014 |
| NDOC, et al., | ) | |
| Defendants | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Sanctions (Doc. # 98). Defendants have opposed the motion (Doc. # 105) and Plaintiff has replied (Doc. # 107).

The gravamen of Plaintiff's motion, which is predicated upon Fed. R. Civ. P. 11(c), is that because Plaintiff had to pursue a motion to compel (Doc. # 64), which Defendants opposed (Doc. # 78), he is entitled to sanctions. The motion to compel was granted in part but also denied in part. (Doc. # 96.) Sanctions, therefore, are not appropriate, particularly under Rule 11.

Plaintiff's motion (Doc. # 98) is **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
           Deputy Clerk