## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD COLLINS, | ) | 3:13-cv-00255-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 30, 2014 |
| NDOC, et al., | ) | |
| Defendants | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

　　　　This order addresses two filings by Plaintiff regarding his complaint he has not been provided certain documents, Plaintiff's "objection" regarding service of court order (Doc. # 100) and Plaintiff's motion for a court order. (Doc. # 108).

　　　　In Doc. # 100, Plaintiff complains that following this court's hearing on his motion to compel (Doc. # 64), he did not receive a copy of this court's order of September 5, 2014. The order to which Plaintiff refers was presumably the Court's Minutes of Proceedings which addressed Plaintiff's motion to compel. (Doc. # 96.)

　　　　The clerk is directed to provide Plaintiff, via CM-ECF, a copy of Doc. # 96.

　　　　In Doc. # 108, Plaintiff seeks a copy of the docket sheet. He states he has been transferred between two different NDOC prisons and indicates he believes several motions are "unaccounted for." Plaintiff's motion presents grounds for the clerk providing him a copy of the docket sheet.

　　　　Plaintiff's motion (Doc. # 108) is **GRANTED.**  The Clerk is directed to provide Plaintiff a copy of the docket of this matter via CM-ECF.

　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　　　By: <u>      /s/          </u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk