UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| RONALD COLLINS,<br><br>          Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS et al.,<br><br>          Defendants. | 3:13-cv-00255-RCJ-WGC<br><br>**ORDER** |

  The Amended Complaint in this prisoner civil rights action alleges, *inter alia*, that one or more Defendants illegally retaliated against Plaintiff for filing prisoner grievances, in violation of his First Amendment right to petition the government for redress of grievances. The Magistrate Judge ordered Defendants to produce certain documents. When Defendants did so, Plaintiff objected that the documents contradicted previous discovery responses and that he believed they were fabricated after the lawsuit was filed. The Magistrate Judge denied the motion to strike the relevant declaration and attached documents, noting that the issue was over credibility, not admissibility. The Court perceives no error of law or fact and therefore denies the present Objection (ECF No. 168) to the order under Rule 72(a). Plaintiff identifies no evidentiary deficiencies with the objected-to filings. He may argue credibility at trial.

Nor does the Court find any error in the Magistrate Judge's other challenged orders. There are compelling reasons to seal the exhibits containing information about prison security procedures, and the Magistrate Judge did not commit any error in granting the motions to extend time.

## CONCLUSION

IT IS HEREBY ORDERED that the Objections (ECF Nos. 153, 156, 168) are DENIED.

IT IS SO ORDERED.

Dated:  This 25th day of March, 2015.

_____
ROBERT C. JONES
United States District Judge