UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD COLLINS, | ) | 3:13-cv-00255-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 26, 2015 |
| NDOC, et al., | ) | |
| Defendants | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's March 24, 2015 motion to stay/motion to re-address motion for enlargement of time [Doc. # 174] and the extension the court granted Plaintiff to respond to Defendants' motion for summary judgment [Doc. # 175]. (Doc. # 176.)

Plaintiff seeks a stay relative to the filing of his opposition to Defendants' motion for summary judgment pending a ruling on his objections (Docs. ## 153, 156, 168) and a supplement to his objection (Doc. # 171). The record reflects that on March 25, 2015, District Judge Robert C. Jones entered an order denying Plaintiff's objections. (Doc. # 177.)  The "stay" component of Plaintiff's motion is therefore moot.

The court notes a typographical error, however, in its minute order of March 18, 2015 (Doc. # 175). The court meant to extend the April 6, 2015 deadline for Plaintiff to respond to Defendants' motion for summary judgment to May 6, 2015, not April 6, 2015, as was stated in the minute order. The court's minute order (Doc. # 175) is corrected to reflect the extension granted plaintiff to respond to Defendants' motion for summary judgment is **May 6, 2015.**

In view of the court's correction of the deadline, Plaintiff's motion (Doc. # 176) is therefore **DENIED AS MOOT.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk