# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD COLLINS,

    Plaintiff,

v.

E.K. MCDANIEL,, *et al.*,

    Defendants.

CASE NO.: 3:13-CV-00255-RCJ-WGC

**ORDER**

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#183[1]) entered on June 1, 2015, recommending that the Court deny Plaintiff's Motion for Summary Judgment on Count Three Against Defendant LeGrand (ECF #132). On June 8, 2015, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF #184) and Defendants filed their response (ECF #185).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#183) entered on June 1, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment on Count three Against Defendant LeGrand (ECF #132) is DENIED.

IT IS SO ORDERED this 23rd day of June, 2015.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.