# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD COLLINS, | ) | 3:13-cv-00255-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 2, 2015 |
| NDOC, et al., | ) | |
| Defendants | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>  KATIE LYNN OGDEN  </u>   REPORTER: <u>NONE APPEARING    </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                    </u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Plaintiff's motion entitled Request for a Status Report of the Case and Request for a Docket Sheet. (ECF No. 188.) The court has this date entered its Report and Recommendation in this matter, which should bring Plaintiff up-to-date on the status of his case. (ECF No. 189)

     As to Plaintiff's request for a docket sheet, Plaintiff is advised he should not expect to receive free copies of the docket sheet as a matter of course. He will be provided notices of filings by the Clerk as papers are filed in this matter. However, in this instance, plaintiff's request shall be granted on a one-time basis.  Plaintiff is informed if in the future he wishes to have a copy of the docket sheet, he will have to order it in advance and pay for it. The Clerk's Office charges 10¢ per page for a copy of a docket sheet.

     Plaintiff's motion (ECF No. 188) is **GRANTED IN PART.**  The Clerk of the Court is directed to send a copy of the docket sheet in this matter to the Plaintiff.

     **IT IS SO ORDERED.**

                                                 LANCE S. WILSON, CLERK

                                         By:   <u>       /s/                              </u>
                                                        Deputy Clerk