# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD COLLINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E.K. MCDANIEL, *et al.,*<br><br>　　　　Defendants. | CASE NO.: 3:13-CV-00255-RCJ-WGC<br><br>**ORDER** |

　　　　Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#189[1]) entered on November 2, 2015, recommending that the Court grand and deny in part Defendants' Motion for Summary Judgment (ECF #172). Plaintiff filed his Objection to Magistrate Judge's Report and Recommendation (ECF #191) on November 9, 2015.  Defendants filed their Objections to Doc. #189 Report & Recommendation of U.S. Magistrate Judge (ECF #193) on November 19, 2015.  Defendants filed their Response to Plaintiff's Objection to Magistrate Judge's Report & Recommendation (ECF #194) on November 20, 2015, and Plaintiff filed his Response to Defendants' Objection to Magistrate Judge's Report and Recommendation (ECF #195) on November 30, 2015.

　　　　The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#189) entered November 2, 2015, should be ADOPTED AND ACCEPTED.

///

---

[1] Refers to court's docket number.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #172    )is GRANTED and DENIED IN PART in accordance with the Report and Recommendation (ECF #189).

IT IS SO ORDERED this 3rd day of December, 2015.

_____
ROBERT C. JONES