## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD COLLINS, | ) | 3:13-cv-00255-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 10, 2015 |
| NDOC, et al., | ) | |
| Defendants | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Court to Issue a New Scheduling Order to Include a Trial Date. (ECF No. 197.)  Plaintiff states the court's last scheduling order (ECF No. 152) stated "the partys (sic) Pre Trial Brief was due April 14, 2015, for which has passed." (ECF No. 197 at 2.)

ECF No. 152, in addition to stating a new deadlline for the Joint Pre Trial Order, granted the Defendants a brief extension of time to file their dispositive motion.  The court's earlier scheduling order (ECF No. 90) provided a mechanism for calculating the deadline for filing the Joint Pre-Trial Order in the event a dispositive motions was filed:

> If a dispositive motion is filed, the Joint Pre-Trial Order shall be due **thirty (30)** days after a decision of the  dispositive motion.

District Judge Robert C. Jones adopted this court's Report and Recommendation (ECF No.189) on December 3, 2015 and entered an order granting in part and denying in part Defendants' motion for summary judgment. (ECF No. 196.) Therefore, the Joint Pre-Trial Order is due thirty days from the date of that decision, which is **January 2, 2016.**  There is no need to issue a new scheduling order and this component of Plaintiff's motion is denied.

///
///

**MINUTES OF THE COURT**
3:13-cv-00255-RCJ-WGC
Date:  December 10, 2015
Page 2

      IT IS FURTHER ORDERED THAT THE TRIAL IS SET FOR <u>APRIL 18, 2016, at 9:00 a.m.</u>,  CALENDAR CALL IS SET FOR <u>APRIL 11, 2016 at 10:00 a.m.</u> in Reno Courtroom 6 before the Honorable Chief Judge Robert C. Jones.

      Plaintiff's motion (ECF No. 197) is **DENIED IN PART** and **GRANTED IN PART** is set forth herein.

      **IT IS SO ORDERED.**

                                               LANCE S. WILSON, CLERK

                                          By:          /s/
                                                     Deputy Clerk