## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD COLLINS, | ) | 3:13-cv-00255-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | December 18, 2015 |
| NDOC, et al., | ) | |
| | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Vacate Joint Pre-Trial Order Deadline and Trial Date. (ECF No. 203.)  The predicate of Defendants' motion is that the Order of District Judge Robert C. Jones (ECF No. 196) adopting this court's report and recommendation (ECF No. 189) did not substantively address Defendants' objections (ECF No. 193) to the report and recommendation. Because of their pending motion for reconsideration (ECF No. 198), Defendants submit that the order of this court (ECF No. 199) imposing a deadline for the parties to file a Joint Pretrial Order by January 2, 2016, and setting the case for trial on April 11, 2016, is premature.  Defendants seek an order vacating those two deadlines. (ECF No. 203.)

The court also notes Plaintiff has filed a motion requesting Judge Jones reconsider his order on the report and recommendation. (ECF No. 202.)

Without prejudicing how Judge Jones will resolve the parties' requests for reconsideration, if Judge Jones were to grant the relief in the motions of the Defendants or Plaintiff (ECF Nos. 198, 202), then it is conceivable that the disposition of those motions for reconsideration might impact both the content of the Joint Pretrial Order and the timing of the trial.

Therefore, Defendants' motion (ECF No. 203) is **GRANTED IN PART.**  The deadline for submission of the Joint Pretrial Order is extended to thirty (30) days following a decision on Defendants' Objections and Motion for Reconsideration (ECF Nos. 198 and 202). The court **VACATES** its scheduling order and trial date. (ECF No. 199.)

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:     /s/
Deputy Clerk